UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ANTONIO DAVIS,

Petitioner,

v.  6:13-cv-82
    6:05-cr-3

UNITED STATES OF AMERICA,

Respondent.

## ORDER

After a careful *de novo* review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), *see* ECF No. 2, to which no objections have been filed.

Accordingly, the R&R is adopted as the opinion of the Court. Davis's case is *DISMISSED*.

This ___ day of December 2013.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA